UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN S. JACKSON,<br><br>Defendant. | Case No.: 1:23-cr-00061 KES<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. 5) |

Adrian S. Jackson moves the Court for an order terminating his supervised release early, after having completed approximately 19 months of his 60 month term of supervised release. Doc. 5. The government opposes Mr. Jackson's motion, and the probation office takes no position on it. Docs. 7, 9. For the reasons set forth below, the motion is denied.

On August 13, 2019, Mr. Jackson pleaded guilty in the Northern District of Georgia to Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d) and § 1963, based on his conspiring with other members of the Gangster Disciples to have various acts of racketeering committed in furtherance of that enterprise. *See* Doc. 8 (Presentence Investigation Report ("PSR")). Mr. Jackson held leadership roles with the Gangster Disciples, including serving as its National Treasurer. *Id.* at 17. The predicate acts of racketeering by co-conspirators included drug trafficking and murder. *Id.*; Doc. 5 at 36. Mr. Jackson was involved in the distribution of

1 cocaine. *Id.* at 17.  The applicable sentencing guideline range based on Mr. Jackson's count of
2 conviction was life imprisonment.  *Id.* at 30.  The court sentenced Mr. Jackson to a below-
3 guidelines sentence of 84 months in custody, to be followed by a term of 60 months on
4 supervised release.  Doc. 5 at 64.
5      Mr. Jackson served his term in prison, and he began his term of supervision on
6 February 17, 2023.  Doc. 7.  The probation office reports that, during his approximately
7 19 months on supervision, Mr. Jackson has complied with all supervised release conditions.
8 Doc. 7.  The Court has reviewed the parties' filings, including all the exhibits Mr. Jackson filed
9 with his motion, and has also consulted with Mr. Jackson's supervising probation officer.
10      The Court acknowledges its discretion under 18 U.S.C. § 3583(e)(1) to terminate
11 supervision early in this case.  The Court recognizes Mr. Jackson's successful completion of just
12 over 19 months on supervised release but is concerned that this represents less than a third of his
13 imposed term of supervised release.  Though Mr. Jackson has complied with his terms of
14 supervised release thus far, that is what is expected of him.  The Court credits Mr. Jackson's
15 volunteer work with schools and recognizes that Mr. Jackson has identified limitations on his
16 ability to work as a paid school athletics coach due to his being on supervised release, but the
17 Court must also consider the benefit of further supervision in ensuring the broader safety of the
18 community.  Having considered all applicable 18 U.S.C. § 3553 factors, as referenced at 18
19 U.S.C. § 3583(e), including the nature and circumstances of the offense, the history and
20 characteristics of the defendant, and the need to afford adequate deterrence to further criminal
21 conduct and to protect the public, the Court denies the motion for early termination of supervised
22 release.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

For these reasons, and after considering 18 U.S.C. § 3583(e)(1) and the applicable factors at 18 U.S.C. § 3553(a), the motion for early termination of supervised release is DENIED. The denial is without prejudice to the motion being renewed after Mr. Jackson has served a more significant period of supervision.

IT IS SO ORDERED.

Dated:   October 2, 2024

UNITED STATES DISTRICT JUDGE