**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0972 1:23CR00061-001 |
| | ) | |
| Adrian Jackson | ) | |
| | ) | |

On January 14, 2021, in the Northern District of Georgia, the above-named was sentenced to Supervised Release for a period of five years. Supervision commenced on February 17, 2023. On March 31, 2023, Jurisdiction was transferred to the Eastern District of California.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| Marissa Frazure | Daniel Alejandro |
| **Marissa Frazure** | **Daniel Alejandro** |
| **United States Probation Officer Assistant** | **Supervising United States Probation Officer** |

**Dated:** July 9, 2026
Bakersfield, California
MF

**Re: Adrian Jackson**
**Docket Number: 0972 1:23CR00061-001**
**<u>Report and Order Terminating Supervised Release</u>**
**<u>Prior to Original Expiration Date</u>**

---

## ORDER OF COURT

The Court has considered the above report along with the parties' filings, including the government's supplemental memorandum filed on July 13, 2026.

Pursuant to the above report, it is ordered that Adrian Jackson be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated: July 14, 2026

UNITED STATES DISTRICT JUDGE

Attachment: Recommendation

CC: AUSA Cody Chapple
FLU Unit—United States Attorney's Office
Fiscal Clerk—Clerk's Office
Supervisee—Adrian Jackson